IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EURO-PRO OPERATING LLC
d/b/a EURO-PRO CORPORATION,

Plaintiff,

vs.

Case No. 6:06-cv-155-Orl-18JGG

AL SCUTTE, JR., AL SCUTTE, III, and
SALES & MARKETING SPECIALISTS CO.,

Defendants.
_____/

**DEFENDANTS' MOTION FOR ADMISSION
_PRO HAC VICE_ OF ADAM J. GLAZER**

Pursuant to Local Rule 2.02, Adam J. Glazer, of the law firm of Schoenberg, Fischer, Newman & Rosenberg, Ltd., hereby makes this application to this court for admission _pro hac vice_ in the above-styled case on behalf of Defendants Al Scutte, Jr., Al Scutte, III and Sales & Marketing Specialists, Co., and states the following:

1. Adam J. Glazer graduated with a Juris Doctor degree from Northwestern University School of Law in 1988. Adam J. Glazer was admitted to the Illinois Bar in 1988. He has been an active member of the Illinois bar in good standing since that time and remains an active member in good standing of the Illinois bar. See Exhibit A. Additionally, Adam J. Glazer is admitted to practice generally in the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Wisconsin and the United States Court of Appeals for the Seventh Circuit, and is in good standing with each Court.

2. Adam J. Glazer does not maintain a regular practice of law in the State of Florida.

3. Adam J. Glazer represents that he is familiar with the local rules of the United

States District Court for the Middle District of Florida, the code of professional responsibility, and other ethical requirements governing the professional behavior of the Florida bar, and that he shall comply with them.

4. Pursuant to Rule 2.02(a)(1) of the local rules, Adam J. Glazer designates Mary Ruth Houston, Esq. and Paul J. Scheck, Esq. and the law firm of Shutts and Bowen, LLP, 300 S. Orange Avenue, Suite 1000, Orlando, Florida 32801, as local counsel in this case. Through their signature below, they consent to such designation and certify that Adam J. Glazer has paid the fee required by Rule 2.01(d).

5. Pursuant to Rule 3.01(g) of the Local Rules, the undersigned has conferred with Plaintiff's counsel and the Plaintiff's counsel has authorized the undersigned to represent that Plaintiff's counsel has no objection to the granting of this Motion.

6. A completed Special Admission Attorney Certification is attached as Exhibit B.

Dated this 8 day of Nov., 2006

/s/ Paul J. Scheck
Mary Ruth Houston, Esq.
Florida Bar No. 834440
*mhouston@shutts-law.com*
Paul J. Scheck, Esq.
Florida Bar No. 028487
*pscheck@shutts-law.com*
SHUTTS AND BOWEN, LLP
300 S. Orange Avenue
Suite 1000
Orlando, Florida 32801
(407) 835-6939 - Office
(407) 425-8316 - Facsimile

Attorneys for Defendants

Adam J. Glazer
Illinois Bar No. 6199294
*adam.glazer@sfnr.com*
SCHOENBERG, FISHER, NEWMAN &
ROSENBERG, LTD.
222 South Riverside Plaza, Suite 2100
Chicago, Illinois 60606-6101
(312) 648-2300
(312) 648-1212

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Amy S. Tingley, Esquire
atingley@sctlaw.com

Rachel E. Adams, Esquire
radams@sctlaw.com

/S/ Paul J. Scheck
OF COUNSEL

ORLDOCS 10383229 1



# LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of November 8, 2006 at 12:30:39 PM:

| Full Licensed Name: | Adam Joel Glazer |
|---|---|
| Full Former name(s): | None |
| Date of Admission as Lawyer by Illinois Supreme Court: | November 10, 1988 |
| Registered Business Address: | Schoenberg Fisher, Etal<br>222 South Riverside Plaza #2100<br>Chicago, IL 60606-6101 |
| Registered Business Phone: | (312) 775-3620 |
| Illinois Registration Status: | Active and authorized to practice law |
| Malpractice Insurance: (Current as of date of registration; consult attorney for further information) | In annual registration, attorney reported that he/she has malpractice coverage. |

**Public Record of Discipline and Pending Proceedings:**   None

Check carefully to be sure that you have selected the correct lawyer. At times, lawyers have similar names. The disciplinary results displayed above include information related to any and all public discipline, court-ordered disability inactive status, reinstatement and restoration dispositions, and pending public proceedings. Investigations are confidential and information related to the existence or status of any investigation is not available. For additional information regarding data on this website, contact ARDC at (312) 565-2600 or, within Illinois, at (800) 826-8625.

ARDC makes every effort to maintain the currency and accuracy of Lawyer Search. If you find any typographical errors in the Lawyer Search information, please email lawyersearch@iardc.org. For substantive changes to registration information, including status, address, telephone or employer information, we require that the attorney submit a Change of Registration to



EXHIBIT A

http://www.iardc.org/ldetail.asp?id=600604832    11/8/2006

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SPECIAL ADMISSION
ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

Euro-Pro Operating LLC, d/b/a Euro-Pro Corporation,

Plaintiff(s)/Petitioner(s),
v.                                                              CASE NO: 6:06-cv-155-Orl-18JGG
Al Scutte, Jr., Al Scutte, III and Sales & Marketing Specialists Co.,

Defendant(s)/Respondent(s)
_____/

I, Adam J. Glazer, hereby submit this attorney certification form to the Court on behalf of Defendants, Al Scutte, Jr., Al Scutte, III and Sales & Marketing Specialists Co.

### ATTORNEY INFORMATION

Firm Name: Schoenberg, Fischer, Newman & Rosenberg, Ltd.

Address: 222 South Riverside Plaza, Suite 2100

City: Chicago     State: IL     Zip: 60606-6101

Firm/Business Phone: (312) 648-2300     Alternate Phone: _____

Firm/Business Fax: (312) 648-1212

E-mail Address: adam.glazer@sfnr.com

### ATTORNEY CERTIFICATION

I certify that:
1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. NOTE: If proceedings ARE pending at this time, please explain on the reverse side of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____     11/8/06
Signature                     Date

PHV Attorney Certification/Revised 06/24/04                     Page 1 of 2
ORLDOCS 10656326 1

EXHIBIT
B